IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00822-RM-SKC

JOHN MUELLER,

    Plaintiff,

v.

TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA,

    Defendant.

---

**JOINT NOTICE OF SETTLEMENT**

---

    The Parties, Plaintiff John Mueller ("Plaintiff") and Defendant, Travelers Casualty Insurance Company of America ("Defendant or "Travelers"), by and through their respective undersigned counsel, hereby provide the Court with notice that the Parties have reached an agreement that fully resolves all matters in dispute between them. The Parties are currently working to formalize their agreement in a final form, which contemplates the filing of a stipulated dismissal with prejudice once the final agreement is executed and effective. The Parties anticipate they will file the stipulation of dismissal on or before February 5, 2020. The Parties respectfully request that the Court take no further action in the case pending the filing of the dismissal stipulation.

    Dated this 22nd day of January 2020

    FORAN GLENNON PALANDECH
    PONZI & RUDLOFF, PC

    *By: /s/ Jonathan T. Koehler*

Amy M. Samberg
Jonathan T. Koehler
700 17th Street, Suite 1350
Denver, CO 80202
(720) 336-2243
asamberg@fgppr.com
jkoehler@fgppr.com

**Attorneys for Defendant**

By: /s/ M. Gabriel McFarland
M. Gabriel McFarland
Cyd Hunt
Evans & McFarland, LLC
910 13th Street, Suite 200
Golden, Colorado 80401
(303) 279-8300
gmcfarland@emlawyers.com
chunt@emlawyers.com

**Attorneys for Plaintiff**

# CERTIFICATE OF SERVICE

I hereby certify that, on January 22, 2020 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

M. Gabriel McFarland
Cyd Hunt
Evans & McFarland, LLC
910 13th Street, Suite 200
Golden, Colorado 80401
(303) 279-8300
gmcfarland@emlawyers.com
chunt@emlawyers.com
**Attorneys for Plaintiff**

s/ Tom Wade
Tom J. Wade, Legal Assistant

1360956.1

1360956.1