# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00822-RM-SKC

JOHN MUELLER,

    Plaintiff,

v.

TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA,

Defendant

## STIPULATION OF DISMISSAL OF CASE WITH PREJUDICE

The parties, by and through their respective counsel and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal with prejudice of this lawsuit and all claims asserted or that could have been asserted in the action. The parties further stipulate that each party shall bear its own costs and attorney's fees. The stipulating parties are the only parties in the suit. Accordingly, this stipulation for dismissal with prejudice is effective upon filing under Fed.R.Civ.P. 41(a)(1)(A)(ii).

Dated this 10th day of February 2020.

    FORAN GLENNON PALANDECH
    PONZI & RUDLOFF, PC

    *By: /s/ Jonathan T. Koehler*
    Amy M. Samberg
    Jonathan T. Koehler
    Foran Glennon Palandech Ponzi & Rudloff PC
    700 17th Street, Ste. 1350
    Denver, Colorado 80202

Telephone: 720.336.2243
asamberg@fgppr.com
jkoehler@fgppr.com

*Attorneys for Defendant*

*/s/ Gabriel McFarland*
Gabriel McFarland
Cyd Hunt
Evans & McFarland, LLC
910 13th St., #200
Golden, CO 80401
Telephone: 303.279.8300
gmcfarland@emlawyers.com
chunt@emlawyers.com

*Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that, on February 10, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

M. Gabriel McFarland
Cyd Hunt
Evans & McFarland, LLC
910 13th Street, Suite 200
Golden, Colorado 80401
(303) 279-8300
gmcfarland@emlawyers.com
chunt@emlawyers.com
*Attorneys for Plaintiff*

2